RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

HENRY C. DARMSTADTER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6481
Facsimile: (202) 307-0054
E-mail: henry.c.darmstadter@usdoj.gov

*Of Counsel*
NICHOLAS A. TRUTANICH
United States Attorney

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cv-01085-MMD-NJK |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL AGAINST ALL DEFENDANTS** |
| THE ESTATE OF WILLIAM E. SCHILLER; STEVE W. SCHILLER, in his individual capacity and in his capacity as Executor of the ESTATE OF WILLIAM E. SCHILLER and as Trustee of the WILLIAM E. SCHILLER 1989 FAMILY TRUST; SERPS FAMILY LIMITED PARTNERSHIP, a Nevada Limited Partnership; and KAREN R. SCHILLER, | Fed.R.Civ.P. 41(a) |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff United States of America and Defendants Estate of William E. Schiller, Steve W. Schiller, in his individual capacity and as executor of the Estate of William E. Schiller and as trustee of the William E.

1

Schiller 1989 Family Trust, the SERPS Family Limited Partnership and Karen R. Schiller, in accordance with Rule 41(a) of the Federal Rules of Civil Procedure, that the Complaint in the above-entitled action shall be dismissed with prejudice, each party to bear his respective costs, including attorneys' fees or other expenses of the litigation.

DATED: June 11, 2019

*/s/Henry C. Darmstadter*
HENRY C. DARMSTADTER III
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683 Ben Franklin Station
Washington, D.C. 20044-0683
(202) 307-6481

*Of Counsel*
NICHOLAS A. TRUTANICH
United States Attorney
Attorneys for the United States

TAX LAW CENTER, LLC

DATED: June 11, 2019

*/s/Robert D. Grossman, Jr.*
Robert D. Grossman, Jr.
6236 Laredo Street
Las Vegas, Nevada 89146
Attorneys for Defendants

IT IS SO ORDERED:

UNITED STATES DISTRICT COURT JUDGE

DATED: June 13, 2019

# CERTIFICATE OF SERVICE

I hereby certify that on this 11th day June 2019, I electronically filed the foregoing **STIPULATION FOR DISMISSAL AGAINST ALL DEFENDANTS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

ROBERT GROSSMAN, ESQ.
Tax Law Center, LLC
6236 Laredo Street
Las Vegas, Nevada 89146

*/s/ Henry C. Darmstadter*
HENRY C. DARMSTADTER III
Trial Attorney
United States Department of Justice, Tax Division